# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1482

_____

United States of America,      \*

     \*

        Appellee,      \*

     \*    Appeal from the United States

      v.      \*    District Court for the

     \*    District of Minnesota.

John Lars Person,      \*

     \*    [UNPUBLISHED]

        Appellant.      \*

_____

Submitted: May 24, 2000
Filed: May 31, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

John Person appeals the eight-month prison sentence imposed by the district court[1] upon revocation of his supervised release. We affirm.

Person first argues that the district court abused its discretion by imposing an unreasonably severe sentence. Having carefully reviewed the record, we find no abuse of discretion. See United States v. Grimes, 54 F.3d 489, 492 (8th Cir. 1995) (standard

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

of review). The sentence imposed is well below the twenty-four-month maximum authorized by 18 U.S.C. § 3583(e)(3), and is at the bottom of the eight-to-fourteen-month range contained in the advisory policy statements regarding revocation of supervised release found in Chapter 7 of the Guidelines Manual.

Person also argues that the district court failed to indicate that it had considered the relevant factors in selecting the sentence, as required by section 3583(e). The court is not required to make specific findings relating to each of the factors, however, see United States v. Graves, 914 F.2d 159, 160 (8th Cir. 1990) (per curiam), nor is it required to state on the record that it has considered the factors or explain its reasons for the sentence imposed, see United States v. Caves, 73 F.3d 823, 825 (8th Cir. 1996) (per curiam), and we are satisfied that the court adequately weighed the relevant factors.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.